Exhibit C

# IN THE SUPERIOR COURT OF FULTON COUNTY
# STATE OF GEORGIA

| | |
|---|---|
| **TYJUAN WATERS**, Reg. No.: 68346-066, | ) |
| **RICHARD TURNBO**, Reg. No.: 31864-380, | ) |
| **JAMES B. TILSON**, Reg. No.: 14182-704, | ) |
| **DAVID TAYLOR**, Reg. No.: 54549-019, | ) |
| **QUENTEN T. SIMS**, Reg. No.: 42898-083, | ) |
| **DAVID SALAS**, Reg. No.: 63811-019, | ) |
| **GUSTAVO SAMINO**, Reg. No.: 59683-308, | ) |
| **DE'ANDRE ROBERTSON**, Reg. No.: 21813-045, | ) |
| **PABLO QUINCASA**, Reg. No.: 54781-177, | ) |
| **WILLIAM PAVA**, Reg. No.: 59205-019, | ) |
| **DWIGHT OWENS**, Reg. No.: 60985-019, | ) |
| **CARLOS ORTIZ**, Reg. No.: 43658-007, | ) |
| **MARQUISE MURPHY**, Reg. No.: 64529-019, | ) |
| **ANDREW MOORE**, Reg. No.: 51274-019, | ) |
| **EMMANUEL MENDOZA**, Reg. No.: 22698-078, | ) |
| **FA'RD RASUL N. JONES**, Reg. No.: 65360-050, | ) |
| **JEFFERY S. JOHNSON**, Reg. No.: 35681-066, | ) |
| **MARVIN ISAAC**, Reg. No.: 32075-177, | ) |
| **ALONZO HOUSTON**, Reg. No.: 14598-001, | ) |
| **BOBBY E. HAZEL**, Reg. No.: 41097-133, | ) |
| **JOSE GUERRERO**, Reg. No.: 10879-033, | ) |
| **ABIZAHI R. GUARDUNO**, Reg. No.: 26772-171, | ) |
| **CHARLES GLOVER**, Reg. No.: 96094-020, | ) |
| **DAVID GARCIA FRANDO**, Reg. No.: 45965-069, | ) |
| **CHARLES DOBBINS**, Reg. No. 31296-009, | ) |
| **ARLANDUS DICKERSON**, Reg. No.: 69839-019, | ) |
| **JESUS CORRALEZ FOZ**, Reg. No.: 88366-008, | ) **CIVIL ACTION NO:** |
| **RAYMOND COLLINS**, Reg. No.: 71190-158, | ) **2021CV347876** |
| **TERRANCE L. COLE**, Reg. No.: 04483-748, | ) |
| **JAMES COLE**, Reg. No.: 41167-066, | ) |
| **EVANDA BUXTON**, Reg. No.: 60647-019, | ) |
| **CEPEDA BROUGHTON**, Reg. No.: 85513-020, | ) |
| **JOSE BEIZA MONTEZ**, Reg. No.: 21434-081, | ) |
| **DAVID ARANDA**, Reg. No.: 75369-275, | ) |
| **JOHN E. ADAMS**, Reg. No.: 00874-123, and | ) |
| **JAMAL ABUS SAMAK**, Reg. No.: 21826-034, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| **CITY OF ATLANTA,** | ) |
| | ) |

|                                   |   |
|-----------------------------------|---|
| **Defendant.**                    | ) |

## DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL

Defendant City of Atlanta (the "City"), by and through its undersigned counsel, hereby notifies the Court that on May 3, 2021, and within thirty (30) days of the City having received service of the *Complaint for Damages and Other Relief* in this matter on April 7, 2021, it filed in the United States District Court for the Northern District of Georgia, Atlanta Division, Defendant's Notice of Removal of the above-captioned action. A copy of the Notice of Removal is attached hereto as Exhibit A.

Pursuant to 28 U.S.C. § 1446(d), the Superior Court of Fulton County, Georgia, shall proceed no further with the above-captioned case unless and until the case is remanded.

This 3rd day of May 2021.

                                                     Respectfully submitted,

                                                     */s/ Alisha Marie S. Nair*
                                                     **ALISHA MARIE S. NAIR**
                                                     Attorney
                                                     Georgia Bar No. 806033
                                                     amnair@atlantaga.gov
                                                     **JOSHUA FOSTER**
                                                     Assistant City Attorney II
                                                     Georgia Bar No. 169165
                                                     josfoster@atlantaga.gov
                                                     **MICHAEL WYNTER**
                                                     Assistant City Attorney II
                                                     Georgia Bar No. 624411
                                                     mwynter@atlantaga.gov

City of Atlanta Department of Law
55 Trinity Avenue, Suite 5000
Atlanta, Georgia 30303
Office: 404-546-4185
Fax: 404-588-3239

Exhibit C

**IN THE SUPERIOR COURT OF FULTON COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| **TYJUAN WATERS**, Reg. No.: 68346-066, | ) |
| **RICHARD TURNBO**, Reg. No.: 31864-380, | ) |
| **JAMES B. TILSON**, Reg. No.: 14182-704, | ) |
| **DAVID TAYLOR**, Reg. No.: 54549-019, | ) |
| **QUENTEN T. SIMS**, Reg. No.: 42898-083, | ) |
| **DAVID SALAS**, Reg. No.: 63811-019, | ) |
| **GUSTAVO SAMINO**, Reg. No.: 59683-308, | ) |
| **DE'ANDRE ROBERTSON**, Reg. No.: 21813-045, | ) |
| **PABLO QUINCASA**, Reg. No.: 54781-177, | ) |
| **WILLIAM PAVA**, Reg. No.: 59205-019, | ) |
| **DWIGHT OWENS**, Reg. No.: 60985-019, | ) |
| **CARLOS ORTIZ**, Reg. No.: 43658-007, | ) |
| **MARQUISE MURPHY**, Reg. No.: 64529-019, | ) |
| **ANDREW MOORE**, Reg. No.: 51274-019, | ) |
| **EMMANUEL MENDOZA**, Reg. No.: 22698-078, | ) |
| **FA'RD RASUL N. JONES**, Reg. No.: 65360-050, | ) |
| **JEFFERY S. JOHNSON**, Reg. No.: 35681-066, | ) |
| **MARVIN ISAAC**, Reg. No.: 32075-177, | ) |
| **ALONZO HOUSTON**, Reg. No.: 14598-001, | ) |
| **BOBBY E. HAZEL**, Reg. No.: 41097-133, | ) |
| **JOSE GUERRERO**, Reg. No.: 10879-033, | ) |
| **ABIZAHI R. GUARDUNO**, Reg. No.: 26772-171, | ) |
| **CHARLES GLOVER**, Reg. No.: 96094-020, | ) |
| **DAVID GARCIA FRANDO**, Reg. No.: 45965-069, | ) |
| **CHARLES DOBBINS**, Reg. No. 31296-009, | ) |
| **ARLANDUS DICKERSON**, Reg. No.: 69839-019, | ) |
| **JESUS CORRALEZ FOZ**, Reg. No.: 88366-008, | ) **CIVIL ACTION NO:** |
| **RAYMOND COLLINS**, Reg. No.: 71190-158, | ) **2021CV347876** |
| **TERRANCE L. COLE**, Reg. No.: 04483-748, | ) |
| **JAMES COLE**, Reg. No.: 41167-066, | ) |
| **EVANDA BUXTON**, Reg. No.: 60647-019, | ) |
| **CEPEDA BROUGHTON**, Reg. No.: 85513-020, | ) |
| **JOSE BEIZA MONTEZ**, Reg. No.: 21434-081, | ) |
| **DAVID ARANDA**, Reg. No.: 75369-275, | ) |
| **JOHN E. ADAMS**, Reg. No.: 00874-123, and | ) |
| **JAMAL ABUS SAMAK**, Reg. No.: 21826-034, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) |
| **CITY OF ATLANTA,** | ) |
| | ) |

3

Exhibit C

**Defendant.** )

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2021 the foregoing ***DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL*** was electronically filed and that all parties listed below were served electronically via Odyssey e-file system:

**JAMES FREEMAN**
3867 Holcomb Bridge Road Suite 500 Norcross, Georgia 30092
James.freeman@lawmanpc.com

*/s/ Alisha Marie S. Nair*
**ALISHA MARIE S. NAIR**
Attorney
Georgia Bar No. 806033
amnair@atlantaga.gov

City of Atlanta Department of Law
55 Trinity Avenue, Suite 5000
Atlanta, Georgia 30303
Office: 404-546-4185
Fax: 404-588-3239